No. 260, Misc. FURTAK v. NEW YORK. C. A. 2d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Michael Colodner,* Assistant Attorney General, for respondent.

No. 263, Misc. CAHA v. NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *C. C. Sheldon,* Assistant Attorney General, for respondent.

No. 265, Misc. CARTER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Frederick R. Millar, Jr.,* Deputy Attorney General, for respondent.

No. 266, Misc. HENRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 276, Misc. DAUGHERTY, ADMINISTRATRIX v. SEABOARD COAST LINE RAILWAY CO., FORMERLY ATLANTIC COAST LINE RAILWAY Co. Ct. App. Ga. Certiorari denied. *Joseph B. Bergen* for petitioner. *Frank G. Kurka* for respondent.

No. 283, Misc. FURTAK v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Michael Colodner,* Assistant Attorney General, for respondent.